IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SUSAN D. GREER, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-00192-CV-W-DW |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

# ORDER

Plaintiff initially failed to timely file a social security brief. This Court then ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. In response, Plaintiff requested an extension of time to file a brief. The Court granted an extension until February 8, 2006, on the condition that Counsel file no new cases in the Western District of Missouri until Plaintiff's brief in this case is complete. As of June 21, 2006—seven months after the original deadline—no brief has been filed. The Court therefore

ORDERS that this case is DISMISSED for failure to prosecute.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: June 28, 2006